

# THE THIRTEENTH COURT OF APPEALS

---

### 13-14-00087-CR

---

Ross Allen Hartwell
v.
The State of Texas

---

On Appeal from the
390th District Court of Travis County, Texas
Trial Cause No. D-1-DC-13-904031

---

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed in part and reversed and remanded in part. The Court orders the judgment of the trial court AFFIRMED IN PART AND REVERSED AND REMANDED IN PART.

We further order this decision certified below for observance.

July 2, 2015